FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DONNY RICHARD VANWHY,<br><br>    Plaintiff,<br>v.<br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | No. EDCV 06-504 PSG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

DATED: 5/9/08

PHILLIP S. GUTIERREZ
United States District Judge