FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DONNY RICHARD VANWHY, <br><br> Plaintiff, <br> v. <br> RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, | No. EDCV 06-504 PSG (FFM) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff takes nothing by his Complaint and that this action is dismissed without prejudice.

DATED: 5/9/08

PHILLIP S. GUTIERREZ
United States District Judge

2